IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

IN RE:

John Edward Hanson, III

    **Debtor(s),**      CASE NO.: 3:13-bk-04140-PMG
                                                       CHAPTER: 13

_____/

## REQUEST FOR NOTICE
## AND REQUEST TO BE ADDED TO CREDITOR'S MATRIX

TO: THE HONORABLE BANKRUPTCY CLERK

     COMES NOW, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4, its Successors and/or Assigns, a Creditor in the instant case, by virtue of that certain loan more specifically identified as loan number *******5938 and related to the property described as 1017 - 1019 3RD STREET, and files this Request for Notice AND Request to be Added to Creditor's Matrix. The Creditor requests that any and all notices required under the Bankruptcy Rules, Bankruptcy Code, and Local Rules be sent to

Ronald R Wolfe & Associates, P.L.
P.O. Box 25018
Tampa, Florida 33622-5018
(813) 251-4766

     The undersigned counsel's filing of this Request for Notice and Request to be Added to Creditor's Matrix should not be construed as unlimited representation of the Creditor with respect to any and all matters, proceedings, or actions that may be taken in the instant case or any associated case or proceeding involving the above named Creditor.

                                             Ronald R Wolfe & Associates, P.L.
                                             P.O. Box 25018
                                             Tampa, Florida 33622-5018
                                             (813) 251-4766 Ext: 3215
                                             Fax: 813-251-1541
                                             Email: bkatt@wolfelawfl.com

                                             By: /s/ CHRISTOPHER ALAN EWBANK
                                             Christopher A. Ewbank
                                             Florida Bar No. 0073494
                                             ATTORNEY FOR HSBC BANK USA, NATIONAL
                                             ASSOCIATION AS TRUSTEE FOR WELLS FARGO
                                             ASSET SECURITIES CORPORATION, MORTGAGE
                                             PASS-THROUGH CERTIFICATES, SERIES 2007-4