**IN THE UNITED STATES BANKRUPTCY COURT
FOR THE MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION**

IN RE:

**John Edward Hanson, III**

    Debtor(s).

                                          **CASE NO. 3:13-bk-04140-PMG
CHAPTER 13**

_____/

## OBJECTION TO CONFIRMATION

      COMES NOW, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 ("Claimant"), a secured creditor in the above-styled cause, and files this, its Objection to Confirmation of the Debtor(s)' proposed Chapter 13 Plan. In support thereof, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 alleges the following:

      1.     Claimant holds a claim secured by a mortgage on real property located at 1017 - 1019 3rd Street, Neptune Beach, FL 32266 ("Subject Property").

      2.     The Debtor's plan does not propose to cure any arrearage, when, upon information and belief, the arrearage is approximately $166,252.35.

      3.     The Debtor's plan indicates an intention to pursue a loan modification, though an appropriate motion has yet to be filed. However, assuming one is filed, and assuming that mediation takes place, if a modification is offered by the Claimant and accepted by the Debtor, and a modification agreement is executed by all parties, Claimant may amend its Proof of Claim, as necessary, pursuant to the terms of the modification. At this time, however, there has been no permanent modification and the Debtor is bound to the original terms of the Note and Mortgage, which were executed on or about February 12, 2007.

4. The debtor's plan fails to provide adequate protection payments to Claimant during the pendency of the mediation process. Under the current proposed plan, the debtor is attempting to benefit from the protections of the automatic stay while enjoying the use and possession of the Property without adequately protecting Claimant's interest in the Property.

5. The Debtor's plan does not propose an ongoing monthly mortgage payment. The contractually-due monthly mortgage payment is $2,984.28.

6. Claimant retains its right to supplement or amend this Objection to Confirmation.

7. As a result of the necessity of preparing and filing this Objection to Confirmation, Claimant has incurred additional attorney fees.

WHEREFORE, HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4 prays that the Court deny confirmation of the proposed Chapter 13 Plan and grant it such additional relief as the Court deems just and proper.

Ronald R Wolfe & Associates, P.L.
Post Office Box 25018
Tampa, FL 33622-5018
(813) 251-4766 Ext: 3344
Fax: 813-251-1541
Email: bkatt@wolfelawfl.com

By: /s/ JOSEPH BENJAMIN BATTAGLIA
Joseph B. Battaglia
Florida Bar No. 58199
ATTORNEY FOR HSBC BANK USA, NATIONAL ASSOCIATION AS TRUSTEE FOR WELLS FARGO ASSET SECURITIES CORPORATION, MORTGAGE PASS-THROUGH CERTIFICATES, SERIES 2007-4

CERTIFICATE OF SERVICE

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by regular U. S. Mail to all parties listed below on this 23 day of September, 2013.

John Edward Hanson, III
1015 ATLANTIC BLVD
Atlantic Beach, FL  32233

      I HEREBY CERTIFY that a copy of the foregoing Objection to Confirmation has been furnished by Electronic Mail to all parties listed below on this 23 day of September, 2013.

WENDELL FINNER
wendell@1ccl.com
340 3RD AVE S STE A
JACKSONVILLE BEACH, FL  32250

Douglas W. Neway, Trustee
creditors@ch13jaxfl.com
P. O. Box 4308
Jacksonville, FL  32201

      Ronald R Wolfe & Associates, P.L.
      P.O. Box 25018
      Tampa, Florida  33622-5018
      Phone  (813) 251-4766
      Fax  (813) 251-1541

      By:  /s/  JOSEPH BENJAMIN BATTAGLIA
      JOSEPH BENJAMIN BATTAGLIA
      FLORIDA BAR NO. 58199
      ATTORNEY FOR HSBC BANK USA,
      NATIONAL ASSOCIATION AS TRUSTEE
      FOR WELLS FARGO ASSET SECURITIES
      CORPORATION, MORTGAGE
      PASS-THROUGH CERTIFICATES, SERIES
      2007-4