**[dntcclm]** [Notice of Claim]

UNITED STATES BANKRUPTCY COURT
MIDDLE DISTRICT OF FLORIDA
JACKSONVILLE DIVISION

In re:                                                                                          Case No. 3:13–bk–04140–PMG
                                                                                                Chapter 13

John Edward Hanson III

_____Debtor(s)_____/

NOTICE OF CLAIM FILED BY DEBTOR

TO:

One West Bank
POB 4045
Kalamazoo, MI 49003

Notice is given pursuant to Fed. R. Bank. P. 3004 that the Debtor filed a claim on your behalf in the above captioned matter on December 18, 2013, in the amount of $141,711.94.

Dated December 19, 2013.

                                              Lee Ann Bennett, Clerk of Court
                                              300 North Hogan Street Suite 3–350
                                              Jacksonville, FL 32202

Copies furnished to:
Debtor
Debtor's Attorney
Trustee
One West Bank
POB 4045
Kalamazoo, MI 49003